ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISRICT OF NEW YORK

FILED
CLERK

2015 JAN 12  AM 10: 56

SKIBOKY SHAVAR STORA

        Plaintiff

        -Against
             Defendants

GENERAL PANTS CO PTY,
DON'T ASK AMANDA CLOTHING,
HOWARD GOLDBERG,
CRAIG KING, ROGER H. BORA,
THOMPSON  HINE LLP,.

COMPLAINT

JUDGE TRIAL DEMANDED

**CV 16        180**

**MAUSKOPF, J.**

**LEVY, M.J.**

1.  PARTIES:
    Plaintiff  SKIBOKY SHAVAR STORA  reside at 559 Vermont street  Brooklyn
    NEW YORK NY 11207

    Defendant GENERAL PANTS CO PTY reside at  Alexandria, NSW 2015
     BUSINESS ...unit 25, 30-32 Beaconsfield ST, Alexandria, NSW,2015

    Defendant DON'T ASK AMANDA CLOTHING reside at head office in
    Alexandria, NSW 2015 ...unit 25,30-32 Beaconsfield ST, Alexandria

    Defendant HOWARD GOLBERG reside at head office in Alexandria, NSW 2015
     BUSINESS ...unit 25, 30-32 Beaconsfield ST, Alexandria, NSW,2015

    Defendant CRAIG KING reside at head office in Alexandria, NSW 2015.
     BUSINESS ...unit 25, 30-32 Beaconsfield ST, Alexandria, NSW 2015

    Defendant ROGER H. BORA reside at 3900 key center 127
    Public Square CLEVERLAND Ohio 44114 -1291

    Defendant  THOMPSON HINE LLP reside at 3900 Key center 127
    Public Square CLEVERLAND Ohio 44114- 1291

2.  The jurisdiction of the court is invoked pursuant to copyright act of 1976

3.  STATEMENT OF CLAIM. I SKIBOKY SHAVAR STORA The Plaintiff have a
    claim against y these Defendants for COPYRIGHTS infringement upon my
    Illustrated visual artwork of "DON'T ASK" [ also referred to as "the artwork"]

On JANUARY 2 2015, I, Mr. STORA, discovered the Defendants
GENERAL PANTS CO PTY are selling clothing image DON'T ASK AMANDA on
their websites www.GENERALPANTS.COM.AU, WWW.SHOPSTYLE.COM.AU,
WWW.FINDOO.COM.AU, WWW.MYSHOPPING.COM.AU,
WWW.CHICTOPIA.COM/DONT-ASK-AMANDA,
WWW.EBAY.COM.AU/BHP/DONT-ASK-AMANDA,WWW.GUMTREE.COM.AU
WWW.WESTFiELD.COM.AU,WWW.POLYVORE.COM WWW.ALLTHESALES.
COM.AU/BRANDS/DON-T-ASK-AMANDA, http://M.
EBAY.COM/ITM/221809255334 ?_MW
BANNER=1,http://AU.SHOP.COM/DONT+ASK+AMANDA+LONG+SLEEVE+
PEASANT+TOP-1032454617-PT.XHTM/ The visual artwork was registered
By the U.S. COPYRIGHT OFFICE ON 2/19/2008 copyright#
VAU00974302/2008-02-19 and a legal notice on TRADEMARKIA was sent
out by legal force TRADEMARKIA. On 7/29/2011 [phone 1877-794-9511]
That Mr. SKIBOKY STORA had copyrights to this illustrated visual art work of
"DON'T ASK" with the U.S.P.T.O UNITED STATE PATENT AND trademark
office. Serial number:77622045. The company GENERAL PANTS CO
Copied Mr. SKIBOKY STORA Illustrated's visual artwork of "DON'T ASK"
That the company used to mark their logo " DON'T ASK AMANDA".

EXHIBIT A: The Plaintiff SKIBOKY STORA copy of ownership of the work
"DON'T ASK" and Nature of Claim: Designer's Attitude Apparel line collection
Certificate of Registration number VAU 974-302 by the UNITED STATES
COPYRIGHT OFFICES year of Completion: 2008 for the work.

EXHIBIT B: The home paper of the website www.
GENERALPANTS.COM.AU/DON'T-ASK-AMANDA that is infringing on the
Plaintiff SKIBOKY STORA copyrights

4.  Remedy. State what relief, such as money damages, you see from each
    Defendant I'm asking for five million dollars for Violating the Plaintiff rights
    1.  THE RIGHT TO PRODUCE THE WORK.
    2.  THE RIGHT TO REPRODUCE THE WORK IN COPIES.
    3.  THE RIGHT TO DISPLAY THE WORK PUBLICALLY
    4.  THE RIGHT TO PERFORM THE WORK PUBICALLY
    5.  THE RIGHT TO BROADCAST THE WORK DIGITALLY
        And Half the profit the company GENERAL PANTS CO made on
        "DON'TASK AMANDA" clothing without the creator SKIBOKY STORA
        permission.

Date 1/11 /15        State of New York        *Skiboky Stora*

                     County of New York        SKIBOKY STORA

MARGARET A. SCHWARTZ
Notary Public, State of New York
Reg. No. 01SC6152068
Qualified in New York County
Commission expires Aug. 23, 20 18

Sworn to before me this
11th day of January 2016





Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 974-302

**Effective Date of Registration:**
February 19, 2008

---

## Title _____

**Title of Work:** Don't Ask

**Nature of Claim:** Designer's Attitude Apparel Line Collection

## Completion/Publication _____

**Year of Completion:** 2008

## Author _____

- **Author:** Skiboky Stora
  **Author Created:** 2-Dimensional artwork
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** New York (State)
  **Year Born:** 1983

## Copyright Claimant _____

**Copyright Claimant:** Skiboky Stora
559 Vermont Street, Brooklyn, New York, 11207

## Limitation of copyright claim _____

**Previously registered:** No

## Certification _____

**Name:** Skiboky Stora
**Date:** February 14, 2008

---

**Correspondence:** Yes

Page 1 of 1

Case 1:16-cv-00180-RRM-RML   Document 1   Filed 01/12/16   Page 8 of 11 PageID #: 18

# General Pants Co.

Home > Brands > Don't Ask Amanda



(/content/DontAskAmanda_Gallery)

## FILTER BY

Gender > ()

Brand > ()

Features > ()

Size AU > ()

Price Range > ()

Colour > ()

Tops > ()

Dresses > ()

Skirts > ()

Shorts > ()

Accessories > ()

47 Products found          Display 100 ⌄ per page          Sort by   Newest ⌄



Don't Ask Amanda   🔍
CRINKLE RAYON TIE
FRONT DRESS BERRY
$79.95



Don't Ask Amanda   🔍
CRINKLE RAYON TIE
FRONT DRESS OATMEAL
$79.95



Don't Ask Amanda   🔍
CROCHET LOOSE FIT CAMI
BERRY
$49.95



Don't Ask Amanda   🔍
CROCHET LOOSE FIT CAMI
OATMEAL
$49.95









Don't Ask Amanda    Q
SALSA FLORAL OPEN BACK
DRESS
**$69.95**

Don't Ask Amanda    Q
SALSA FLORAL FRINGE
CAPE
**$89.95**

Don't Ask Amanda    Q
SUNFLOWER PRINT SKIRT
~~$69.95~~
**$20.00**

Don't Ask Amanda    Q
SALSA FLORAL WRAP MAXI
SKIRT
**$79.95**






Don't Ask Amanda    Q
PAISLEY SPLIT FRONT
MAXI SKIRT RUST
**$79.95**

Don't Ask Amanda    Q
CROCHET TIE BACK CROP
TOP OATMEAL
**$59.95**

Don't Ask Amanda    Q
HARMONY BUTTON FRONT
CAPE
~~$89.95~~
**$45.00**

Don't Ask Amanda    Q
OFF SHOULDER CRINKLE
DRESS KHAKI
**$69.95**






Don't Ask Amanda    Q
PASILEY FRINGE CAPE
RUST
**$89.95**

Don't Ask Amanda    Q
RUST PAISLEY TIE FRONT
PLAYSUIT
**$79.95**

Don't Ask Amanda    Q
OFF SHOULDER CUTWORK
CROP TOP BLACK
**$59.95**

Don't Ask Amanda    Q
OFF SHOULDER CUTWORK
CROP TOP WHITE
**$59.95**






Don't Ask Amanda    Q
OFF THE SHOULDER
CRINKLE RAYON DRESS
WHITE
**$69.95**

Don't Ask Amanda    Q
CROCHET TIE BACK CROP
TOP RUST
**$59.95**

Don't Ask Amanda    Q
HARMONY LACE CAMI
WHITE
**$49.95**

Don't Ask Amanda    Q
LEXI TIE FRONT TOP
~~$49.95~~
**$25.00**


**Don't Ask Amanda**
OFF THE SHOULDER
CRINKLE RAYON TOP
WHITE
**$44.95**


**Don't Ask Amanda**
OFF THE SHOULDER
CRINKLE TOP BLACK
**$44.95**


**Don't Ask Amanda**
CROCHET HALTER TOP
BLACK
**$49.95**


**Don't Ask Amanda**
MARIACHI PRINT BUTTON
FRONT MAXI SKIRT NAVY
**$79.95**


**Don't Ask Amanda**
MIXED COLOUR BRALETTE
**$39.95**


**Don't Ask Amanda**
MAGIC CARPET TIE BACK
HANKIE TOP
**$44.95**


**Don't Ask Amanda**
MAGIC CARPET TIE BACK
JUMPSUIT
**$109.95**


**Don't Ask Amanda**
PINSEN BUTTON FRONT
DENIM SHORT WHITE
~~**$69.95**~~
**$30.00**


**Don't Ask Amanda**
LEXI RUFFLE DRESS
**$89.95**


**Don't Ask Amanda**
MARIACHI PRINT FLIPPY
BUTTON THROUGH SKIRT
**$40.00**


**Don't Ask Amanda**
MARIACHI PRINT TIE BACK
CROP TOP
**$39.95**


**Don't Ask Amanda**
VEE NECK LACE TRIM CAMI
CREAM
**$54.95**






Don't Ask Amanda
PINSEN BUTTON FRONT
DENIM SHORT BLUE
$69.95
$45.00

Don't Ask Amanda
MICKEY LACE UP DENIM
SKIRT BLUE
$69.95

Don't Ask Amanda
TIE FRONT BOHO
PLAYSUIT WHITE
$89.95

Don't Ask Amanda
MISCHA TIE FRONT
BUSTIER CROP TOP BLACK
$49.95
$20.00






Don't Ask Amanda
TOMMY ROLL NECK TOP
WHITE
$49.95
$25.00

Don't Ask Amanda
TOMMY ROLL NECK TOP
MUSTARD
$49.95
$20.00

Don't Ask Amanda
LACE RACER BACK
BRALET BLACK
$39.95
$20.00

Don't Ask Amanda
THE EVA LACE BRALET
NAVY
$39.95





Don't Ask Amanda
DARK HAWAIIAN
CULOTTES

Don't Ask Amanda
EVA LACE BRALET CREAM
$39.95

Don't Ask Amanda
BLACK LACE RA-RA SKIRT
$69.95